PS 8
(5/05)

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF MASSACHUSETTS

United States of America

    vs.

<u>Scott Lambert</u>             Docket No. <u>0101 1:23-01269M</u>

**PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE**

The undersigned U.S. Probation and Pretrial Services Officer presents this report regarding defendant Scott Lambert , who was placed under pretrial release supervision by the <u>Honorable David Hennessy</u>, on <u>7/12/2023</u> under the following conditions:

1. Report to U.S. Probation and Pretrial Services as directed.
2. Participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer. Must sign all releases to verify treatment.
3. Refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. 802, unless prescribed by a licensed medical practitioner.
4. Refrain from any use of alcohol.
5. Submit to any testing required by the pretrial services office or the supervising officers to determine whether the defendant is using a prohibited substance. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.
6. Refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any substance abuse testing or monitoring which is (are) required as a condition of release.
7. Participate in a mental health treatment program as directed and comply with all of the rules of such program. Must sign all releases to verify treatment.
8. The defendant shall be required to pay for, or contribute to the cost of, the imposed monitoring and/or treatment services conditions, based on an ability to pay. In the case of treatment services, third party payment may be used, if available.
9. Avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: co-defendants, unless in the presence of counsel. OR list to be provided by AUSA.
10. Do not obtain a passport or other international travel document.
11. Travel restricted to Massachusetts, Rhode Island, and Connecticut. If additional travel is needed for health reasons, contact Probation. Also maintain residence in North Falmouth, MA.
12. Shall not possess a firearm, destructive device, or other weapon

1

And respectfully seeks action by the Court and for cause as follows:

On July 14, 2023, Mr. Lambert reported to the Probation Office and submitted a urine sample which tested positive for Cocaine and Buprenorphine. This was Mr. Lambert's first drug test while under supervision. On July 18, 2023, Mr. Lambert provided a drug test that returned positive for Cocaine. Mr. Lambert denied using illegal drugs. This drug test was sent to the National Laboratory for confirmation and returned positive for Benzoylecgonine. On July 26, 2023, Mr. Lambert provided a drug test that returned positive for Cocaine. Mr. Lambert continues to deny utilizing illegal drugs. As a result, this sample was sent the National Laboratory and the Probation Office is awaiting the results. Evidence of this violation is supported by the chain of custody, laboratory report, National Laboratory confirmation, and officer testimony.

**Petition for Action on Conditions of Pretrial Release**

PRAYING THE COURT WILL:

☐ Issue a warrant.
☒ Issue a summons for the defendant to appear for a show cause hearing.
☐ Other:

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: 7/28/2023                    Place: Boston, Massachusetts

*MonaLisa Andrade*                         Date: 7/28/2023
Mona Lisa Andrade
U.S. Probation Officer

ORDER OF COURT

☐ Warrant to issue.
☐ Summons to issue. Clerk to schedule show cause hearing.
☐ Other:

Considered and ordered this _____ day of _____, 2023, and ordered filed and made part of the record in the above case.

_____
The Honorable David Hennessy
U.S. District Magistrate Judge